**Order filed March 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-12-01120-CV
_____

### HIDALGO INTERNATIONAL, INC., Appellant

### V.

### SARA WOLKOWITZ, Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-45506**

# O R D E R

The record in this appeal was due on or before January 11, 2013, but neither the clerk's record nor the reporter's record has been filed. On February 5, 2013, the Harris County District Clerk notified this court that payment had not been made for preparation of the clerk's record. On February 6, the court notified appellant that the appeal was subject to dismissal unless appellant provided proof of payment for the clerk's record by February 21, 2012. *See* Tex. R. App. P. 37.3(b). No response was filed.

On February 28, 2013, this court ordered appellant to provide proof of payment for the appellate filing fee and for preparation of the clerk's record. On March 6, 2013, appellant filed a response to this court's order and provided proof of payment for the appellate filing fee and for preparation of the *reporter's record.* Appellant's response did not address payment for the clerk's record.

Unless appellant pays for the clerk's record and directs its filing in this appeal on or before **April 8, 2013,** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM